NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TYREE MOORE, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | |
| v. | Civil Action<br>No. 25-cv-15443 (KMW-MJS) |
| OFFICE OF ECONOMIC OPPORTUNITY,<br>*et al.*, | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | |

**WHEREAS**, the Court dismissed Plaintiff's Complaint (ECF No. 1) without prejudice on December 18, 2025, directing Plaintiff to file an Amended Complaint within thirty (30) days of the issuance of the Order; and

**WHEREAS**, to date, Plaintiff has failed to file an Amended Complaint.

**IT IS HEREBY** on this ___ day of March, 2026,

**ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** without leave to amend; and it is further

**ORDERED** that the Clerk's Office close this case.

KAREN M. WILLIAMS
United States District Judge